*Mr. Merritt Lane* for petitioners. *Messrs. Frank P. Walsh* and *John Walsh* for respondents.

No. 322. MASSACHUSETTS MUTUAL LIFE INSURANCE Co. *v.* UNITED STATES. November 7, 1932. Petition for writ of certiorari to the Court of Claims granted. *Messrs. Guy Patten* and *A. R. Serven* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Whitney North Seymour, L. A. Smith,* and *Bradley B. Gilman* for the United States.

No. 407. MUNROE, RECEIVER, *v.* RAPHAEL. November 7, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. William P. Everts* for petitioner. *Mr. Mark M. Horblit* for respondent.

No. 434. UNITED STATES *v.* DAKOTA-MONTANA OIL Co. November 14, 1932. Petition for writ of certiorari to the Court of Claims granted. *Solicitor General Thacher* for the United States. *Messrs. Herman J. Galloway* and *Louis P. Donovan* for respondent.

No. 466. PORTER, EXECUTRIX, ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. November 14, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Walter E. Hope* for petitioners. *Solicitor General Thacher* for respondent.